IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) )  Misc. No. 3:14-mc-00005-REP |
| RECKITT BENCKISER PHARMACEUTICALS, INC., | ) ) ) ) |
| Respondent. | ) ) |

**NOTICE TO SUBMIT FOR DECISION WITHOUT A HEARING**

The Federal Trade Commission, by counsel and pursuant to Local Civil Rule 7(E), hereby gives notice of its intent to submit the MOTION TO ENFORCE CIVIL INVESTIGATIVE DEMAND filed on November 24, 2014 [Dkt No. 38] for a decision without a hearing.  Respondent Reckitt Benckiser Pharmaceuticals, Inc. ("Reckitt"), filed an opposition on December 8, 2014 and the FTC replied on December 15, 2014.  Consequently, the matter is ripe for decision.

The FTC does not believe that oral argument would materially assist the Court in its decision.  Pursuant to Local Rule 7(E), the government has consulted with respondent's counsel concerning the submission of the motion without oral argument.  The United States does not understand that Reckitt desires to request a hearing.  Should Reckitt desire a hearing, it may request one by following the procedures outlined in Local Civil Rule 7(E).

1

Pursuant to Rule 78(b) of the Federal Rules of Civil Procedure, and Local Civil Rule 7(E), the Court has discretion whether to order a hearing, and may choose to decide the motion without a hearing based on the papers before it. Consequently, the United States submits its Motion to Enforce Civil Investigative Demand [Dkt No. 38] for decision without a hearing.

|  |  |
|---|---|
|  | Respectfully submitted, |
| STEPHEN WEISSMAN<br>Deputy Director<br>Bureau of Competition | JONATHAN E. NUECHTERLEIN<br>General Counsel |
| BRADLEY S. ALBERT<br>Deputy Assistant Director | DAVID C. SHONKA<br>Principal Deputy General Counsel |
| GARTH HUSTON<br>DANIEL BUTRYMOWICZ<br>AMANDA HAMILTON<br>Attorneys | LESLIE RICE MELMAN<br>Assistant General Counsel for Litigation |
| Dated: February 3, 2015 | BURKE W. KAPPLER<br>Virginia Bar No. 44220<br>MICHELE ARINGTON<br>W. ASHLEY GUM<br>Attorneys for Federal Trade Commission<br>600 Pennsylvania Ave., N.W.<br>Washington, D.C. 20580<br>(202) 326-2043<br>(202) 326-2477 (fax)<br>bkappler@ftc.gov |
|  | DANA J. BOENTE<br>United States Attorney |
|  | ___/s/_____<br>ROBERT P. MCINTOSH<br>Virginia Bar No. 66113<br>Assistant United States Attorney<br>600 East Main Street, Suite 1800<br>Richmond, Virginia 23219<br>Phone: (804) 819-5400<br>Fax: (804) 819-7417<br>Robert.McIntosh@usdoj.gov |

CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

William V. O'Reilly (woreilly@jonesday.com)
Mark R. Lentz (mrlentz@jonesday.com)
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
*Counsel for Respondent Reckitt Benckiser Pharmaceuticals, Inc.*

                                                         /s/
                                        ROBERT P. MCINTOSH
                                        Virginia Bar No. 66113
                                        Assistant United States Attorney
                                        Eastern District of Virginia
                                        600 East Main Street, Suite 1800
                                        Richmond, Virginia 23219
                                        Phone: (804) 819-5400
                                        Fax: (804) 819-7417
                                        Robert.McIntosh@usdoj.gov